Alfreda C. Robinson, Respondent, v. William E. Woolever, Appellant.— Motion granted and appeal dismissed, with costs, including ten dollars costs of this motion.

Frank J. Sauer, Respondent, v. Harry Holtzman and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

John A. Plimpton, Appellant, v. Brown Brothers Company, Respondent.— Judgment affirmed, with costs. Held, that the clause in the contract providing that "any stock which does not prove to be true to name, as labeled, is to be replaced free, or purchase price refunded, but is not further warranted," limited plaintiff's recovery to the purchase price of said trees. All concurred.

St. Bernard's Seminary of Greece, New York, Plaintiff, v. Frank Dobson, Supervisor, and Others, Defendants.— Action upon the submission dismissed, without costs, for want of jurisdiction. Held: 1. On the facts agreed to by the parties the case is not one in which plaintiff could have maintained an action, and, therefore, does not come within the provisions of section 1279 of the Code of Civil Procedure. 2. The supplementary statement in the form of the stipulation of the counsel is unauthorized, and cannot be the basis of a judgment under section 1279 of the Code of Civil Procedure. All concurred.

Steel Storage and Elevator Construction Company, Respondent, v. F. W. Stock and A. D. Stock, Defendants, Impleaded with Alex. Stock (first name unknown), Appellant.— Judgment and orders affirmed, with costs. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of James Gerace, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of M. F. O'Keefe, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Ed. Peters, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Mike Szmuki, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of Thomas Gaines, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the St. Regis Paper Company, Respondent, for the Removal of H. F. Zimmerman, Appellant, from Certain Real Property.— Order affirmed, with ten dollars costs and disbursements. All concurred.